```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
           CASE NO. 06-14076-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JAN DZIARSKI,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 27, 2006. A Report and Recommendation was filed on January 16, 2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count One of the Indictment which charges the Defendant, did knowingly harbor and shield from detection aliens in the United States knowing and in reckless disregard of the fact that such aliens had come to, entered, and remained in the United States in violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(B)(i); and in Count Two that the Defendant did knowingly transport aliens within the

United States by means of transportation and otherwise, knowingly and in reckless disregard of the fact that such aliens had entered and remained in the United States in violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of January, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S. Probation